In re Application of WILLIAM H. LEONARD EDWARDS.

(Submitted March 1, 1897 ; decided March 9, 1897.)

APPLICATION by a law student for an order permitting him to take the examination for admission to the bar, previous to the expiration of his term of service as such law student.

Application denied.

In re Application of HENRY DEAN SHEDD.

(Submitted March 1, 1897; decided March 9, 1897.)

APPLICATION by a law student for permission to file a certificate *nunc pro tunc*.

Application denied.

THE TRUSTEES OF AMHERST COLLEGE et al., Respondents, *v.* THOMAS G. RITCH et al., Individually and as Trustees and Executors, etc., of DANIEL B. FAYERWEATHER, Deceased, et al., Appellants.

(Argued March 1, 1897; decided March 9, 1897.)

MOTION to amend the remittitur herein, so as to direct the justice before whom the action was tried to consider evidence concerning the releases of Mrs. Fayerweather and the next of kin, which it was claimed he did not consider, and to pass upon the same. (See 151 N. Y. 282.)

*William Blaikie* for motion.

*Elihu Root, C. N. Bovee, Jr., S. B. Brownell, James L. Bishop, John E. Parsons, William B. Hornblower, M'Cready Sykes* and *Alfred W. Kiddle* opposed.

Motion denied, with costs.